ACCEPTED
15-25-00104-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 11:02 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00104-CV

_____

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 11:02:09 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS AUSTIN, TEXAS

_____

PUBLIC UTILITY COMMISSION, *et al.*, Appellants

v.

CITY OF FULSHEAR, Appellee

_____

On appeal from the 53rd District Court of Travis County, Texas

_____

**UNOPPOSED JOINT MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEFS**

_____

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellants Public Utility Commission of Texas ("Commission") and North Fort Bend Water Authority ("NFBWA") (collectively, "Appellants") file this unopposed joint motion for an order extending the time to file their reply briefs in this appeal pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and in support thereof would respectfully show:

Review of Current and
Requested Deadline and Basis for Request for Extension

1. The current due date for reply briefs in this appeal is December 1, 2025.

2.     Appellants respectfully request an extension of time for filing their replies of 29 days so that their reply briefs would need to be filed in this Court by no later than December 30, 2025.

3.     Appellants request this extension because lead counsel for Appellant Commission has pending matters in two related cases styled *HMW Special Utility District of Harris and Montgomery Counties v. Texas Public Utility Commission*, Cause No. D-1-GN-21-006959 (200th District Court, Travis County, Texas) and *HMW Special Utility District of Harris and Montgomery Counties v. Texas Public Utility Commission*, Cause No. D-1-GN-23-001500 (353rd District Court, Travis County, Texas), and also in the case styled *Crownquest Operating, LLC, Momentum Operating Co., Inc., Stasney Well Service, LLC, and H.R. Stasney & Sons, Ltd. v. Railroad Commission of Texas*, Cause No. D-1-GN-25-007868 (201st District Court, Travis County, Texas) that need to be addressed before and after the current deadline for reply briefs in this appeal. Additionally, lead counsel for the Commission will be traveling to visit family during the Thanksgiving holiday. Lead counsel for NFBWA is responsible for on-going work in pending transactions and in proceedings before the Commission and other agencies and in cases at the trial level including: *City of Terrill v. Rose Hill Special Utility District*, Cause No. 119736-422 (422nd Judicial District, Kaufman County, Texas); *State of Texas v. Travis County*, Cause No. D-1-GN-25-003457 (459th District Court, Travis County,

Texas); and *In re: Petition by Ratepayers Appealing Certain Rates Established by Harris County Municipal Utility District No. 367*, before the Commission, and has several work and family commitments requiring travel, during the months of November and December.

4. No previous extensions have been requested by Appellants in connection with these briefs.

5. This motion is not filed for purposes of delay, but so that justice may be done.

Certificate of Conference

6. Undersigned counsel for NFBWA represents and certifies to the Court that he has communicated with counsel for Appellee City of Fulshear ("Fulshear"), regarding this extension request, and that counsel for Fulshear has indicated that Fulshear is not opposed to this request.

Prayer/Request for Relief

Appellants respectfully request that the Court issue an order granting the requested extension thereby establishing a filing deadline for briefs of appellants of December 30, 2025.

Respectfully submitted,

By: /s/ Jordan Pratt (by permission)
JORDAN PRATT

Assistant Attorney General
State Bar No. 24140277

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
512-463-2012 tel.
512-320-0911 fax
Jordan.Pratt@oag.texas.gov

**ATTORNEYS FOR APPELLANT
PUBLIC UTILITY COMMISSION OF
TEXAS**

By:     /s/ Drew Miller
        ANDREW S. "DREW" MILLER
        State Bar No. 00786857

        KEMP SMITH LLP
        2905 San Gabriel St., Suite 205
        Austin, TX  78705
        (512) 320-5466
        (512) 320-5431 (fax)
        Drew.Miller@kempsmith.com

**ATTORNEYS FOR APPELLANT
NORTH FORT BEND WATER
AUTHORITY**

4

<u>Certificate of Service</u>

This is to certify that a true and correct copy of the foregoing has been sent via electronic filing system on this 13th day of November, 2025, to the following:

C. Joe Freeland
State Bar No. 07417500
Mathews & Freeland, LLP
8140 N. MoPac Expy, Ste 4-240
Austin, Texas 78759
512-404-7800 tel.
512-703-2785 fax
jfreeland@mandf.com

ATTORNEYS FOR APPELLEE CITY OF FULSHEAR



/s/Drew Miller
Andrew S. "Drew" Miller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sharnezia Mitchell on behalf of Drew Miller
Bar No. 786857
AU.Secretary@kempsmith.com
Envelope ID: 108004342
Filing Code Description: Motion
Filing Description: Unopposed Joint Motion for Extension of Time to File Reply Briefs
Status as of 11/13/2025 11:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Miller | 786857 | Drew.Miller@kempsmith.com | 11/13/2025 11:02:09 AM | SENT |
| Clarence Freeland | 7417500 | jfreeland@mandf.com | 11/13/2025 11:02:09 AM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 11/13/2025 11:02:09 AM | SENT |
| Sharnezia Mitchell | | sharnezia.mitchell@kempsmith.com | 11/13/2025 11:02:09 AM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 11/13/2025 11:02:09 AM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 11/13/2025 11:02:09 AM | SENT |